# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **Denise M. Lucks** | **OFFICE OF THE CLERK** | **M. Therese Bollerup** |
| **Clerk of Court** | www.ned.uscourts.gov | **Chief Deputy Clerk** |

September 27, 2011

Bernard J. Glaser
GLASER LAW FIRM
411 South 13th Street
Suite 327
Lincoln, NE 68508

RE:   Case No.  8:11cv335
       Gonzalez v. City of Omaha et al

Dear Counsel:

Our records indicate that you are an attorney of record in the above-referenced case, which is managed on the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska.

Our records indicate that you have not:

_____Registered for admission to practice in this court, as required by NEGenR 1.7(d) or (f).

_____Registered for the System, as required by the NEGenR 1.3(a) and NEGenR 1.3(b)(1).

__X__Paid the 2011/2012 biennial attorney assessment fee, as required by NEGenR 1.7(h).

The necessary form is attached for your use in complying with this request.  If the requested action is not taken within 15 days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order.  If you have already submitted the forms or taken the action required above, please disregard this letter.  If you have any questions or concerns, please do not hesitate to contact our office.

Sincerely,

s/ Troy E. Lieberth
Deputy Clerk

Enclosures                                                                                         Forms-Attorney_Letter
                                                                                                   Approved: February 25, 2008

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

2011/2012 BIENNIAL ASSESSMENT FORM

Note: Pro hac vice attorneys or attorneys employed by the federal, state, county, city, or local government are not required to fill out a biennial assessment form or pay the $20.00 assessment fee.

1. Please supply our office with the following information:

   Name _____

   Mailing Address _____

   _____

   Law Firm Telephone Number _____

   Law Firm Fax Number _____

   E-mail Address _____

2. If paying by check, make payable to Clerk, U.S. District Court.  If paying by credit card, complete the bottom portion of this form.  Please complete the form and return with your $20.00 payment to:

   Clerk, U. S. District Court
   Biennial Assessment
   111 S. 18th Plaza, Suite 1152
   Omaha, NE 68102-1322

Credit Card Authorization: I, **Name of Attorney/Law Firm** _____

hereby authorize the United States District Court for the District of Nebraska to charge the

following credit card for payment of the assessment fee in the amount of $_____

Credit Card Number _____ Exp. Date _____

If using an American Express card, please provide the 3 or 4-digit ID number

_____

Forms-Attorney_Assessment_2011_2012.wpd
Approved: December 8, 2010