<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

<u>ARMANDO PLIEGO GONZALEZ, *et al*,</u>   )
     Plaintiff(s),   )
         )
v.   ) CASE NO. _____8:11 CV 335_____
         )
<u>CITY OF OMAHA, NEBRASKA, *et al*,</u>   )
         )
     Defendant(s).   )

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), <u>Second Amendment Foundation, Inc.</u>, makes the following disclosures concerning parent
     (Party Name)
companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐   This party is an individual.

☐   This party is a publicly held corporation or other publicly held entity.

☐   This party has parent corporations

     If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐   Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

     If yes, identify all such owners:

<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

    If yes, identify the members of the entity and their states of citizenship:


Date:   September 28, 2011        /s/ Bernard Glaser
                                                      (Signature)


## CERTIFICATE OF SERVICE

I hereby certify that on   September 28, 2011  , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:  N/A  ,

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  N/A  .


                                            s/ Bernard Glaser