AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| ARMANDO PLIEGO GONZALEZ, et al | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 8:11-cv-335 |
| CITY OF OMAHA, NEBRASKA, et al | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alex Hayes, Chief of Police
Omaha Police Department
505 South 15th Street
Omaha, NE 68102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Bernard Glaser, Esq.
Glaser Law
411 South 13th Street, Suite 327
Lincoln, NE 68508

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/29/2011



Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 8:11-cv-335

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Alex Hayes - Chief of Police - Omaha P.D.**
was received by me on *(date)* **09/29/2011**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Louise B Clayton**, **Louise B. Clayton**, who is
designated by law to accept service of process on behalf of *(name of organization)* **OPD**
_____ on *(date)* **9-30-2011** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ **50.00** for services, for a total of $ **50.00**.

I declare under penalty of perjury that this information is true.

Date: **09/30/2011**

*Server's signature*

**LEE LEGENHAUSEN - Private Detective**
*Printed name and title*

**11929 Elm St. #17D, OMAHA, NE 68144**
*Server's address*

Additional information regarding attempted service, etc: