AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
District of Nebraska

| | |
|---|---|
| ARMANDO PLIEGO GONZALEZ, et al <br> *Plaintiff* <br> v. <br> CITY OF OMAHA, NEBRASKA, et al <br> *Defendant* | ) <br> ) <br> ) Case No. 8:11 CV 335 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Armando Pliego Gonzalez, Second Amendment Foundation, Inc., Nebraska Firearms Owners Association.

Date:   10/06/2011

*Attorney's signature*

David G. Sigale (IL # 6231803) (adm. pro hac vice)
*Printed name and bar number*

LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
*Address*

dsigale@sigalelaw.com
*E-mail address*

(630) 452-4547
*Telephone number*

(630) 596-4445
*FAX number*