IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| ARMANDO PLIEGO GONZALEZ, )<br>SECOND AMENDMENT FOUNDATION, INC., )<br>and NEBRASKA FIREARMS OWNERS ASSOCIATION, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF OMAHA, NEBRASKA, a municipal )<br>corporation, JIM SUTTLE, individually and in his )<br>official capacity as Mayor of Omaha, Nebraska, )<br>and ALEX HAYES, individually and in his official )<br>capacity as Chief of Police of Omaha, Nebraska, )<br>)<br>Defendants. ) | Case No. 8:11-CV-335 |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

COME NOW the Plaintiffs, ARMANDO PLIEGO GONZALEZ, SECOND AMENDMENT FOUNDATION, INC., and NEBRASKA FIREARMS OWNERS ASSOCIATION, by and through undersigned counsel, and move for the entry of an order:

1. Preliminarily enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing from enforcing the United States citizenship requirement of Omaha Municipal Code § 20-253(b)(9) against the Plaintiffs and/or their members;

2. Preliminarily enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing any other sections of the Omaha Municipal Code which restrict lawfully admitted aliens, including Plaintiffs and their members, firearms rights and privileges based on citizenship.

3.        A Memorandum in Support of this Motion will be filed at or near the time of the filing of this Motion.

Dated: November 16, 2011                    Respectfully submitted,

David G. Sigale, Esq. (#6238103 (IL))       Bernie Glaser, Esq. (#11521 (NE))
LAW FIRM OF DAVID G. SIGALE, P.C.           GLASER LAW
739 Roosevelt Road, Suite 304               411 South 13th Street, Suite 327
Glen Ellyn, IL 60137                        Lincoln, NE 68508
630.452.4547                                (402) 435-4411
dsigale@sigalelaw.com                       Bernieglaser@windstream.net
Admitted *pro hac vice*

                                            By:         /s/ David G. Sigale
                                                        David G. Sigale

                                            Attorneys for Plaintiffs

2