IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECOND AMENDMENT FOUNDATION, INC., NEBRASKA FIREARMS OWNERS ASSOCIATION, and ARMANDO PLIEGO GONZALEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>JIM SUTTLE, individually and in his official capacity as Mayor of Omaha, Nebraska, CITY OF OMAHA, Nebraska, a municipal corporation, and ALEX HAYES, individually and in his official capacity as Chief of Police of Omaha, Nebraska,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:11CV335<br><br><br><br>ORDER |

   IT IS ORDERED that a hearing on plaintiffs' motion for preliminary injunction (Filing No. 21) is scheduled for hearing before the undersigned on **November 22, 2011, at 2:00 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

   A copy of this order will be mailed on today's date to the following:

Bernard J. Glaser Jr.
GLASER LAW FIRM
411 South 13th Street, #327
Lincoln, NE 68508

Michelle Peters
CITY OF OMAHA
1819 Farnam Street, #804
Omaha, NE 68183

David G. Sigale
SIGALE LAW FIRM
739 Roosevelt Road, #304
Glen Ellyn, IL 60137

DATED this 17th day of November, 2011.

                              BY THE COURT:

                              s/ Joseph F. Bataillon
                              Chief United States District Judge