IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARMANDO PLIEGO GONZALEZ, SECOND AMENDMENT FOUNDATION, INC., and NEBRASKA FIREARMS OWNERS ASSOCIATION, | ) ) ) ) ) ) | Case No. 8:11 -cv-00335 |
| Plaintiffs, | ) ) | PLAINTIFF'S INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR |
| V. | ) | PRELIMINARY INJUNCTION |
| CITY OF OMAHA, NEBRASKA, a municipal corporation, JIM SUTTLE, individually and in his official capacity as Mayor of Omaha, Nebraska, and ALEX HAYES, individually and in his official capacity as Chief of Police of Omaha, Nebraska, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Exhibit 1.   Certified copy of Omaha Municipal Code § 20-191

Exhibit 2.   Certified copy of Omaha Municipal Code § 20-253

Dated: November 18, 2011.

                                                                    Respectfully submitted,

| | |
|---|---|
| David G. Sigale, Esq. (#6238103 (IL)) | Bernie Glaser, Esq. (#11521 (NE)) |
| LAW FIRM OF DAVID G. SIGALE, P.C. | GLASER LAW |
| 739 Roosevelt Road, Suite 304 | 411 South 13th Street, Suite 327 |
| Glen Ellyn, IL 60137 | Lincoln, NE 68508 |
| 630.452.4547 | (402) 435-4411 |
| dsigale@sigalelaw.com | Bernieglaser@windstream.net |
| Pro hoc vice | |

                                                  By: /s/ Bernie Glaser
                                                  Bernie Glaser
                                                  Attorneys for Plaintiffs