(3) Possesses a current identification card issued pursuant to section 20-208 upon satisfaction of the requirements of section 20-207.

(Code 1980, § 20-251; Ord. No. 36045, § 1, 9-24-02)

### Sec. 20-252. Confiscation of firearm upon conviction of violation.

As a part of the judgment of conviction of any person under this division, confiscation of a concealable firearm may be ordered by the court.

(Code 1980, § 20-252)

### Sec. 20-253. Application.

(a) Any person desiring to register a concealable firearm shall make an application to the chief of police stating therein that he or she holds the qualifications to register a concealable firearm in accordance with this section.

(b) The chief of police will conduct an investigation to determine if the applicant is qualified to register the firearm. A concealable firearm may not be registered to any person who:

(1) Is currently the subject of an active protection order.

(2) Has provided false information on the registration request.

(3) Has a conviction of an offense listed below which has not been pardoned or set aside under state or federal law:

   a. Any felony;

   b. Carrying a concealed weapon or being a minor in possession of a concealable firearm;

   c. Within the previous five years, assault, child abuse, or violation of any provision of Chapter 20, article VII of the Omaha Municipal Code.

(4) Has been convicted of any charge of domestic violence, including stalking or harassment.

(5) Has a record of mental disorder which would show the applicant to be a danger to self or to others.

(6) Is a fugitive from justice in this state or any other jurisdiction.

(7) Has been dishonorably discharged from the United States Armed Forces.

(8) Is a user of, or addicted to, unlawful controlled substances.

(9) Is not a citizen of the United States.

(10) Is under the age of 21 years.

(c) A registration fee of $10.00 shall accompany each application made to the chief of police for each concealable firearm. The fee will be applied to the administrative costs of processing the application.

(Code 1980, § 20-253; Ord. No. 33202, § 1, 3-8-94; Ord. No. 36045, § 2, 9-24-02)

### Sec. 20-254. Issuance or denial of permit.

Upon the filing of an application for registration of a concealable firearm, the chief of police shall issue a permit or deny a permit and furnish the applicant the specific reasons for the denial in writing. A failure to furnish the applicant a written denial shall constitute issuance of a permit.

(Code 1980, § 20-254)

### Sec. 20-255. Consideration of application by chief of police; custody of firearm pending decision on permit.

The chief of police shall be permitted seven days in which to consider an application for registration of a concealable firearm. The chief of police may take custody of the concealable firearm in the applicant's possession while the application is under consideration whenever he determines that it is in the best interests of public safety to do so.

(Code 1980, § 20-255)

### Sec. 20-256. Disposition of firearm upon denial of permit.

Any person whose application for registration of a concealable firearm is denied shall have ten days in which to provide for proper registration or other lawful disposition of the concealable firearm. During this time the chief of police shall

I hereby certify that the foregoing is a true and correct copy of the original document now on file in the City Clerk's Office.

Buster Brown, City Clerk, City of Omaha

Plaintiff's Exhibit 2