IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARMANDO PLIEGO GONZALEZ, ) <br> SECOND AMENDMENT FOUNDATION, INC.,) <br> and NEBRASKA FIREARMS OWNERS ) <br> ASSOCIATION, ) <br> ) <br> Plaintiffs, ) <br> V. ) <br> CITY OF OMAHA, NEBRASKA, a municipal ) <br> corporation, JIM SUTTLE, individually and in ) <br> his official capacity as Mayor of Omaha, ) <br> Nebraska, and ALEX HAYES, individually ) <br> and in his official capacity as Chief of Police ) <br> of Omaha, Nebraska, ) <br> ) <br> Defendants. ) | Case No. 8:11-cv-00335 <br><br> SUPPLEMENTAL <br> PLAINTIFF'S INDEX OF <br> EXHIBITS IN SUPPORT OF <br> PLAINTIFF'S MOTION FOR <br> PRELIMINARY INJUNCTION |

Exhibit 1.    Certified copy of Omaha Municipal Code § 20-191

Exhibit 2.    Certified copy of Omaha Municipal Code § 20-253

Please take notice that this "Supplemental" filing is identical to the filing of November 18, 2011 except that the "Certificate of Attorney and Notice of Electronic Filing was inadvertently left off the November 18, 2011 filing.

Dated: November 20, 2011.

                                                  Respectfully submitted,

David G. Sigale, Esq. (#6238103 (IL))   Bernie Glaser, Esq. (#11521 (NE))
LAW FIRM OF DAVID G. SIGALE, P.C.  GLASER LAW
739 Roosevelt Road, Suite 304            411 South 13th Street, Suite 327
Glen Ellyn, IL 60137                            Lincoln, NE 68508
630.452.4547                                    (402) 435-4411
dsigale@sigalelaw.com                     Bernieglaser@windstream.net
Admitted: Pro hoc vice

                                            By: /s/ Bernie Glaser
                                            Bernie Glaser
                                            One of Attorneys for Plaintiffs

1

**CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING**

1. On November 18, 2011, the foregoing document was electronically filed with the District Court Clerk via CM/ECF filing system;
2. Pursuant to F.R.Civ.P 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

      /s/ Bernie Glaser
      One of the Attorneys for Plaintiffs