IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| ARMANDO PLIEGO GONZALEZ, ) <br> SECOND AMENDMENT FOUNDATION, INC., ) <br> and NEBRASKA FIREARMS OWNERS ASSOCIATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF OMAHA, NEBRASKA, a municipal ) <br> corporation, JIM SUTTLE, individually and in his ) <br> official capacity as Mayor of Omaha, Nebraska, ) <br> and ALEX HAYES, individually and in his official ) <br> capacity as Chief of Police of Omaha, Nebraska, ) <br> ) <br> Defendants. ) | Case No. 8:11-CV-335 |

**NEBRASKA CIVIL RULE 7.3 CERTIFICATE OF SERVICE OF JOINT STIPULATION
TO ENTRY OF PRELIMINARY INJUNCTION**

The undersigned, pursuant to Nebraska Civil Rule 7.3, certifies that:

1.   On November 20, 2011, the parties' <u>Stipulation to Entry of Preliminary Injunction</u> was electronically filed with the District Court Clerk *via* CM/ECF filing system;

2.   Pursuant to F.R.Civ.P 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

/s/ David G. Sigale
One of the Attorneys for Plaintiffs

David G. Sigale, Esq. (#6238103 (IL))
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547
dsigale@sigalelaw.com
Admitted *pro hac vice*

Bernie Glaser, Esq. (#11521 (NE))
GLASER LAW
411 South 13th Street, Suite 327
Lincoln, NE 68508
(402) 435-4411
Bernieglaser@windstream.net

Attorneys for Plaintiffs