# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARMANDO PLIEGO GONZALEZ, et al., | ) | |
| Plaintiffs, | ) | 8:11CV335 |
| vs. | ) | ORDER |
| CITY OF OMAHA, NEBRASKA, et al., | ) | |
| Defendants. | ) | |

This matter is before the court following a conference with counsel on December 19, 2011. The plaintiffs were represented by Bernard J. Glaser, Jr., and David G. Sigale. The defendants were represented by Michelle A. Peters. The parties agreed the only issue remaining in this matter is that of attorney's fees. Accordingly,

**IT IS ORDERED:**

1. **On or before January 31, 2012**, the plaintiffs shall file their motion for attorney's fees.

2. The defendants shall have to **on or before February 27, 2012**, to file a response.

3. The plaintiffs shall have to **on or before March 5, 2012**, in which to file any reply.

DATED this 19th day of December, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge