IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARMANDO PLIEGO GONZALEZ, SECOND AMENDMENT FOUNDATION, INC., and NEBRASKA FIREARMS OWNERS ASSOCIATION,<br><br>        Plaintiff,<br>vs.<br><br>CITY OF OMAHA; a municipal corporation, JIM SUTTLE, individually and in his official Capacity as Mayor of Omaha, Nebraska, and ALEX HAYES, individually and in his Official capacity as Chief of Police of Omaha, Nebraska,<br><br>        Defendants. | CASE NO. 8:11cv335<br><br>**STIPULATED<br>MOTION TO DISMISS** |

COME NOW, the parties and jointly stipulate to dismiss the above-captioned matter with prejudice. In support of this Motion, the parties show the court that all pending matters have been resolved and the matter may be dismissed.

WHEREFORE, the parties respectfully request that this matter be dismissed with prejudice. Fees and costs to be paid as mutually agreed upon by the parties.

Dated this 2nd day of February, 2012.

| | |
|---|---|
| ARAMANDO PLIEGO-GONZALEZ, et al.,<br>Plaintiffs,<br><br>s/David Sigale<br>DAVID G. SIGALE, *pro hac vice*<br>Law Firm of David G. Sigale, P.C.<br>739 Roosevelt Road<br>Suite 304<br>Glen Ellyn, Il 60137<br>Telephone: (630)452-4547<br>dsigale@sigalelaw.com | CITY OF OMAHA, et al.,<br>Defendants<br><br>s/ Michelle Peters<br>MICHELLE PETERS, No. 20021<br>Assistant City Attorney<br>804 Omaha/Douglas Civic Center<br>1819 Farnam Street<br>Omaha, NE 68183<br>Telephone: (402) 444-5115<br>michelle.peters@ci.omaha.ne.us |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 2, 2012, I electronically filed the foregoing **STIPULATED MOTION TO DISMISS** using the CM/ECF system which will send notification of such filing to: Bernie Glaser, GLASER LAW, 411 S. 13th St., Suite 327, Lincoln, NE 68508 and David G. Sigale, LAW FIRM OF DAVID G. SIGALE, 739 Roosevelt Rd., Suite 304, Glen Ellyn, IL 60137.

s/ Michelle Peters