### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARMANDO PLIEGO GONZALEZ, ) <br> SECOND AMENDMENT FOUNDATION, ) <br> INC., and NEBRASKA FIREARMS OWNERS ) <br> ASSOCIATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY OF OMAHA, NEBRASKA, a ) <br> Municipal corporation, JIM SUTTLE, ) <br> individually and in his official capacity as ) <br> Mayor of Omaha, Nebraska, ALEX HAYES, ) <br> individually and in his official capacity as Chief ) <br> of Police of Omaha, Nebraska, ) <br> ) <br> Defendants. ) | CASE NO. 8:11CV335 <br><br><br><br><br><br><br> **ORDER** |

This matter comes before the Court on the parties' Stipulated Motion to Dismiss (filing # 33).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-entitled matter is hereby dismissed with prejudice.  IT IS FURTHER ORDERED, the parties shall pay attorney fees and costs as mutually agreed.

Dated this 3rd day of February, 2012.

                                                      BY THE COURT:

                                                      *s/ Joseph F. Bataillon*
                                                      U.S. District Judge